HONORABLE DAVID L. RUSSELL

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAVLO BURLAKA, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　-vs-<br><br>AMERO LOGISTICS, INC, a Texas corporation,<br><br>　　　　　　　　Defendant. | Case No.  5:19-cv-00094-R<br><br>RESPONSE TO ORDER TO SHOW CAUSE |

COMES NOW plaintiff, Pavlo Burlaka, by and through his attorney of record, Reed Yurchak, and submits this Response to the Court's Order to Show Cause of June 7, 2019 by Honorable David L. Russell directing Plaintiff to show cause in writing why service has not been timely made upon Defendant.

Plaintiff responds that the issue of service on defendant is now moot.  Plaintiff was recently successful in getting this matter resolved with the insurance carrier for Defendant.  On that basis, counsel for Defendant was never appointed or appeared.  Plaintiff now requests that this Court enter a dismissal of Plaintiff's Complaint.

RESPONSE TO ORDER TO SHOW CAUSE -- 1

**DATED** this 14th day of June, 2019

**LAW OFFICE OF REED YURCHAK**

*/s/ Reed Yurchak*
Reed Yurchak
Bar Number: 37366
Attorney for Plaintiff
Law Office of Reed Yurchak
1215 120th Ave NE, Ste. 110
Bellevue, WA 98005
Telephone (206) 866-0766
Facsimile (425) 654-1205
Email: reed@yurchaklaw.com

RESPONSE TO ORDER TO SHOW CAUSE -- 2

LAW OFFICE OF REED YURCHAK
1215 120TH AVE NE, STE. 110
BELLEVUE, WA 98005
TELEPHONE: (425) 941-6659
FAX: (425) 654-1205